**ATTORNEYS:**
GORDON J. McKERNAN♦⅄ΩeΦ∆
CHET G. BOUDREAUX♦⅄e
RICHARD F. ZIMMERMAN, III⅄Ωe∆π
TIMOTHY J. McCRARY
J. CHANDLER LOUPE
CHRISTOPHER J. CORZOⓔ∆π⅄
BRAD R. MATTHEWS♦π⅄
C. CHADWICK BOYKIN
MICHAEL J. MONTALBANO, III
CHRISTINA R. VALDES
ASHLEY M. DARVILLE
ERIK R. MILLER
ANNE MARIE MULLER-McCRARY
J. GREG MURPHY
ANNABELLE P. MANNING
DOUGLAS K. FOSTER
ARLEN R. GARFUNKEL♦
BRENT A. ROBINSON
BRANDON S. STOCKSTILL
MISTI L. BRYANT✦
D. BRANDT SCHMOLKE∆⅄Ω
JAMIE P. CASHIO
ADELE H. NETTERVILLE
BRIAN C. COLOMB
KATHERINE E. PIZZINI
E. COURTNEY KRETZSINGER
H. DEAN LUCIUS
WILLIAM J. MITCHELL, II
MATTHEW R. REED
LATOYA N. VIRDURE
CARMEN C. LIRIANO♦
AUB A. WARD ⓔ∆
JEFF W. WATSON
DEVIN M. GUIDRY
JESSICA H. BROWNE
HARRY S. JOHNSON
TUCKER W. NIMS
PAUL J. TELLARICO
JEFFREY L. DEMENT
TODD W. HERNANDEZ
HOLLY J. LAMARCHE
JESSICA M. HOLMAN
BRANT C. LEGENDRE
EDWARD D. YOUNG
FAISAL A. SHUJA
CANDY F. BE.
MAKIVA N. JOHNSON
JAMES W. STANDLEY, IV
CHAD S. COFFELT

Joseph "Jerry" McKernan
(1936-2012)



# GORDON
### MCKERNAN INJURY ATTORNEYS

*Get Gordon! Get it Done!*

1234 Dell Este Ave., Ste. 501
Denham Springs, LA 70726
-O: 225.888.8888
F: 225.926.1202

September 16, 2020

Writer's email: greg@getgordon.com

21st Judicial District Court
Livingston Parish, Clerk
P.O. Box 1150
Livingston, LA 70754

     RE:  Saraphia T. Wilson v. Lazar Jankovic, et al
           21st JDC/Parish of Livingston, Louisiana

Dear Sirs:

    Please find enclosed an original and four (4) copies of Petition for Damages and Request for Written Notice in reference to the above captioned matter. Please file same into the court record, serve the requested defendants and return a stamped copy to our firm's courier. I have enclosed my firm's check to cover the cost of filing. If you have any questions, please do not hesitate to give me a call.

    With kind regards, I am

                Sincerely yours,

                Greg Murphy
                Gordon McKernan Injury Attorneys

JGM/ak
*Enclosures*

www.getgordon.com

OFFICES:
BATON ROUGE | GONZALES | DENHAM SPRINGS | LAFAYETTE | SHREVEPORT | LAKE CHARLES | ALEXANDRIA | HAMMOND | MONROE | ZACHARY

♦Above Licensed in Louisiana and Texas ✦ ✦Above Licensed in Louisiana and Mississippi ♦ ♦Above Licensed in Louisiana and Alabama
⅄-Million Dollar Advocates Forum / ΩMulti-Million Dollar Advocate / ⓔSuper Lawyer® / ΦAPITLAmerica® / ∆National Trial Lawyers – Top 100 / πNational Trial Lawyers – Top 40 Under 40

SARAPHIA T. WILSON

SUIT NO.: 167994 SEC: D

21ST JUDICIAL DISTRICT COURT

VERSUS

LAZAR JANKOVIC, CH LOGISTICS
CORPORATION AND COMPASS
INSURANCE GROUP

PARISH OF LIVINGSTON

STATE OF LOUISIANA

**************************************************************************

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes plaintiff, **SARAPHIA T,**

**WILSON** of legal age and majority, domiciled in the Parish of Livingston, State of Louisiana, who

respectfully represents the following, to wit:

1.

Made Defendants herein are:

a. **LAZAR JANKOVIC**, a resident of the full age of majority, domiciled in the State of Illinois, who can be served through Louisiana Long-Arm Statute at 4500 N. Winchester Avenue, Apartment 808, Chicago, Illinois 60640;

b. **CH LOGITSICS CORPORATION,** and/or an affiliate thereof, who can be served through Louisiana Long-Arm Statute at 7100 W. 95 Street, Apartment 210, Oak Lawn, Illinois 60453; and,

c. **COMPASS INSURANCE COMPANY**, a foreign insurance company authorized to do and doing business in the State of Louisiana, which may be served through its registered agent for service of process, Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809.

2.

On or about October 8, 2019, at approximately 9:51 a.m., **SARAPHIA T. WILSON** was

the operator of a 2011 Toyota 4Runner, traveling northbound on Eden Church Road in Livingston

Parish, Louisiana.

3.

On the same day, Defendant **LAZAR JANKOVIC** was operating a 2007 Volvo Semi 18-

wheeler and was traveling northbound on Eden Church Road in Livingston Parish, Louisiana.

4.

Upon information and belief. **LAZAR JANKOVIC** was traveling northbound on Eden

Church Road when he realized that he needed to turn around. **LAZAR JANOVIC** then made a

right turn into a driveway and realized he needed to back up into the driveway that was across the

street in order to complete his turn. After completely pulling into the private driveway, he began

backing out of the driveway in an attempt to cross both lanes of Eden Church Road and when

doing so, he failed to see **SARAPHIA T. WILSON** traveling on Eden Church Road and struck her vehicle causing the accident in question.

5.

A direct and proximate cause of the accident detailed above, and the personal injuries suffered by, **SARAPHIA T. WILSON**, was the negligence of defendant, **LAZAR JANKOVIC**, in the following non-exclusive particulars:

 A.  Failure to yield;

 B.  Failing to maintain a proper lookout;

 C.  Improper backing;

 D.  Inattentiveness and/or distraction;

 E.  Failing, generally to exercise a degree of care commensurate with the existing circumstances at the time of the accident; and,

 F.  Failing in other particulars which will be demonstrated through discovery or at the trial of this matter.

6.

As a direct result of the accident sued upon herein, petition, **SARAPHIA T. WILSON**, has been forced to undergo medical treatment for injuries; and said injuries have required continued medical treatment and medical expenses and caused mental anguish pain and suffering, physical pain and suffering, economic loss, lost wages and disability.   All of which entitle **SARAPHIA T. WILSON** to the recovery of such damages as are reasonable in the premises.

7.

At the time of the above-described accident, **LAZAR JANKOVIC** was operating the vehicle owned by defendant, **CH LOGITICS CORPORATION**, and therefore, defendant, **CH LOGITICS CORPORATION** is vicariously liable for the negligent acts of its operator, **LAZAR JANKOVIC**.

8.

At all times herein, defendant, **COMPASS INSURANCE COMPANY**, had issued **CH LOGITICS CORPORATION**, and there was force in effect, a policy of automobile liability insurance covering defendant, **LAZAR JANKOVIC**, for the acts of the kind and nature herein asserted.

9.

Pursuant to the provisions of the Louisiana Code of Civil Procedure, Article 1423, et seq.,

the plaintiff is entitled to a certified copy of any insurance policies issued to and/or otherwise insuring **CH LOGITICS CORPORATION** for the claims made by plaintiff herein. Plaintiff herein requests a certified copy of any and all such policies of insurance within thirty (30) days of service of the petition upon them.

      **WHEREFORE, SARAPHIA T. WILSON,** prays that there be judgment herein and in their favor and against defendants, **LAZAR JANKOVIC, CH LOGITICS CORPORATIONAND COMPASS INSURANCE COMPANY,** *in solido,* for such damages as are reasonable in the premises, together with legal interest thereon from the date of judicial demand until paid and for all costs disbursements in bringing their cause.

      Petitioners further prays for all full, further, general and equitable relief warranted in their cause herein.

                    Respectfully Submitted:

                    **GORDON MCKERNAN INJURY ATTORNEYS**

                    **Greg Murphy (#19260)**
                    5656 Hilton Avenue
                    Baton Rouge, Louisiana 70808
                    Telephone: (225) 888-8888
                    Facsimile: (225) 243-4226

**PLEASE SERVE:**

**LAZAR JANKOVIC**
*Through Louisiana Long-Arm*
4500 N. Winchester Avenue, Apt. 808
Chicago, IL 60640

**CH LOGITICS CORPORATION**
*Through Louisiana Long-Arm*
7100 W. 95 Street, Apt. 210
Oak Lawn, IL 60453

**COMPASS INSURANCE COMPANY**
*Through its registered agent for service for service*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

SARAPHIA T. WILSON

VERSUS

LAZAR JANKOVIC, CH LOGISTICS
CORPORATION AND COMPASS
INSURANCE GROUP

SUIT NO.: 167994  SEC: D

21ST JUDICIAL DISTRICT COURT

PARISH OF LIVINGSTON

STATE OF LOUISIANA

## REQUEST FOR WRITTEN NOTICE OF ANY ASSIGNMENT AND WRITTEN NOTICE OF ANY ORDER OR JUDGMENT MADE OR RENDERED

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil

Procedure, you are hereby requested to send to us, Greg Murphy, Gordon McKernan Injury

Attorneys, as counsel for Plaintiff, **SARAPHIA T. WILSON**, in the above captioned matter,

written notice by mail, at least ten (10) days in advance of any date fixed for any trial or hearing

on this case, whether on exception, rules, or on the merits thereof, or any assignment of fixing of

said case.

And in accordance with the provisions of Articles 1913 and 1914 of the Louisiana Code of

Civil Procedure, you are hereby also requested to send to us immediately notice of any order or

judgment made or rendered in this case, upon the entry of such order or judgment. This request

for notice is made with full reservation of all rights, and we thank you for your customary courtesy

and cooperation.

Respectfully Submitted,

**GORDON McKERNAN INJURY ATTORNEYS**

Greg Murphy (#19260)
5656 Hilton Avenue
Baton Rouge, Louisiana 70808
Telephone: (225) 888-8888
Facsimile: (225) 243-4226

### *CITATION*
### PETITON FOR DAMAGES; REQUEST

*WILSON, SARAPHIA T*

*Vs.*

*JANKOVIC, LAZAR - ET AL*



*Case: 000000167994*
*Division: D*
*21ˢᵗ Judicial District Court*
*Parish of Livingston*
*State of Louisiana*

To: COMPASS INSURANCE COMPANY THROUGH ITS REGISTERED AGENT FOR SERVICE
FOR SERVICE: LOUISIANA SECRETARY OF STATE
8585 ARCHICES AVE
BATON ROUGE LA 70809,    *of EAST BATON ROUGE Parish*

*YOU ARE HEREBY SUMMONED to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, the 21ˢᵗ Judicial District Court in and for the Parish of Livingston, State of Louisiana, within FIFTEEN (15) days after the service hereof, under penalty of default.*

*WITNESS MY HAND AND SEAL OF OFFICE AT LIVINGSTON, LOUISIANA, ON SEPTEMBER 17, 2020.*

*Clerk of Court*
*21ˢᵗ Judicial District*
*Parish of Livingston*

*T. ROBINS*_____
*Deputy Clerk of Court*

Attorney
GREG MURPHY
5656 HILTON AVE
BATON ROUGE LA 70808

### *Service Information*

*Received on the* _____ *day of* _____, 20____ *and on the* _____ *day of*

_____, 20____ *served the above named party as follows:*

**Personal Service** *on the party herein named* _____.
**Domiciliary Service** *on the party herein named by leaving the same at his/her domicile in the parish in the hands of* _____, *a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.*

*DUE & DILIGENT UNABLE TO SERVE BECAUSE:*_____

_____

*Returned:*
*Parish of*_____ *this* _____ *day of* _____, 20____.

*Service*    $_____

*Mileage*    $_____          *By:* _____
                              *Deputy Sheriff*

*Total*    $_____

FOOTERAREA

### CITATION
#### PETITON FOR DAMAGES; REQUEST

WILSON, SARAPHIA T

Vs.

JANKOVIC, LAZAR - ET AL



Case: *000000167994*
Division: D
21st Judicial District Court
Parish of Livingston
State of Louisiana

*To:* CH LOGISTICS CORPORATION
THROUGH LOUISIANA LONG ARM
7100 W. 95 STREET, APT 210
OAK LAWN IL 60453,                    *of ------- Parish*

*YOU ARE HEREBY SUMMONED to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, the 21st Judicial District Court in and for the Parish of Livingston, State of Louisiana, within THIRTY (30) days after the service hereof, under penalty of default.*

*WITNESS MY HAND AND SEAL OF OFFICE AT LIVINGSTON, LOUISIANA, ON SEPTEMBER 17, 2020.*

*Clerk of Court*
*21st Judicial District*
*Parish of Livingston*

**T. ROBINS**_____
*Deputy Clerk of Court*

Attorney
GREG MURPHY
5656 HILTON AVE
BATON ROUGE LA 70808

#### Service Information

Received on the _____ day of _____, 20____ and on the _____ day of

_____, 20____ served the above named party as follows:

**Personal Service** on the party herein named _____.
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

DUE & DILIGENT UNABLE TO SERVE BECAUSE:_____

_____

Returned:
Parish of_____ this _____ day of _____, 20_____.

Service      $_____

Mileage     $_____                    By: _____
                                           *Deputy Sheriff*

Total        $_____

FOOTERAREA

## CITATION
### PETITON FOR DAMAGES; REQUEST

WILSON, SARAPHIA T

Vs.

JANKOVIC, LAZAR - ET AL



Case: 000000167994
Division: D
21st Judicial District Court
Parish of Livingston
State of Louisiana

To: LAZAR  JANKOVIC
THROUGH LOUISIANA LONG ARM
4500 N. WINCHESTER AVE, APT 808
CHICAGO IL 60640,                    of ------ Parish

**YOU ARE HEREBY SUMMONED** to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, the 21st Judicial District Court in and for the Parish of Livingston, State of Louisiana, within THIRTY (30) days after the service hereof, under penalty of default.

**WITNESS MY HAND AND SEAL OF OFFICE AT LIVINGSTON, LOUISIANA, ON SEPTEMBER 17, 2020.**

Clerk of Court
21st Judicial District
Parish of Livingston

**T. ROBINS**_____
*Deputy Clerk of Court*

Attorney
GREG MURPHY
5656 HILTON AVE
BATON ROUGE LA 70808

### Service Information

Received on the _____ day of _____, 20_____ and on the _____ day of _____, 20_____ served the above named party as follows:

**Personal Service** on the party herein named _____.
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

DUE & DILIGENT UNABLE TO SERVE BECAUSE:_____

_____

Returned:
Parish of _____ this _____ day of _____, 20_____.

Service        $_____

Mileage       $_____          By: _____
                                   Deputy Sheriff

Total          $_____

FOOTERAREA

**ATTORNEYS:**
GORDON J. McKERNAN♦⅄ΩΘΦ∆
CHET G. BOUDREAUX♦⅄e
RICHARD F. ZIMMERMAN, III⅄Ωꝟ∆π
TIMOTHY J. McCRARY
J. CHANDLER LOUPE
CHRISTOPHER J. CORZOΘ∆π⅄
BRAD R. MATTHEWS●⅄
C. CHADWICK BOYKIN
MICHAEL J. MONTALBANO, III
CHRISTINA R. VALDES
ASHLEY M. DARVILLE
ERIK R. MILLER
ANNE MARIE MULLER-McCRARY
J. GREG MURPHY
ANNABELLE P. MANNING
DOUGLAS K. FOSTER
ARLEN R. GARFUNKEL♦
BRENT A. ROBINSON
BRANDON S. STOCKSTILL
MISTI L. BRYANT✦
D. BRANDT SCHMOLKE ∆⅄Ω
JAMIE P. CASHIO
ADELE H. NETTERVILLE
BRIAN C. COLOMB
KATHERINE E. PIZZINI
E. COURTNEY KRETZSINGER
H. DEAN LUCIUS
WILLIAM J. MITCHELL, II
MATTHEW R. REED
LATOYA N. VIRDURE
CARMEN C. LIRIANO♦
AUB A. WARD e∆
JEFF W. WATSON
DEVIN M. GUIDRY
JESSICA H. BROWNE
HARRY S. JOHNSON
TUCKER W. NIMS
PAUL J. TELLARICO
JEFFREY L. DEMENT
TODD W. HERNANDEZ
HOLLY J. LAMARCHE
JESSICA M. HOLMAN
BRANT C. LEGENDRE
EDWARD D. YOUNG
FAISAL A. SHUJA
CANDY F. BB
MAKIVA N. JOHNSON
JAMES W. STANDLEY, IV
CHAD S. COFFELT

Joseph "Jerry" McKernan
(1936-2012)



# GORDON
## MCKERNAN INJURY ATTORNEYS

*Get Gordon! Get it Done!*

1234 Dell Este Ave., Ste. 501
Denham Springs, LA 70726
O:  225.888.8888
F:  225.926.1202

September 29, 2020

Writer's email: greg@getgordon.com

21ˢᵗ Judicial District Court
Livingston Parish, Clerk
P.O. Box 1150
Livingston, LA 70754



**CIVIL**

RE:    Saraphia T. Wilson v. Lazar Jankovic, et al
       Docket no. 167994; Sec. D
       21ˢᵗ JDC/Parish of Livingston, Louisiana

Dear Sirs:

Please find enclosed an original and one (1) copy of Affidavit of Long-Arm Service on CH Logistics Corporation in reference to the above captioned matter. Please file same into the court record and return a stamped copy in the self-addressed envelope I have provided for you. If you have any questions, please do not hesitate to give me a call.

With kind regards, I am

Sincerely yours,

Greg Murphy
Gordon McKernan Injury Attorneys

JGM/ak
*Enclosures*

**OFFICES:**
BATON ROUGE | GONZALES | DENHAM SPRINGS |LAFAYETTE| SHREVEPORT |LAKE CHARLES | ALEXANDRIA | HAMMOND | MONROE |ZACHARY

♦Above Licensed in Louisiana and Texas / ✦Above Licensed in Louisiana and Mississippi / ●Above Licensed in Louisiana and Alabama
⅄Million Dollar Advocates Forum / ΩMulti-Million Dollar Advocate / eSuper Lawyer® / ΦAPITLAmerica® / ∆National Trial Lawyers – Top 100 / πNational Trial Lawyers – Top 40 Under 40

SARAPHIA T. WILSON

SUIT NO.: 167994        SEC: D

21ST JUDICIAL DISTRICT COURT

**VERSUS**

LAZAR JANKOVIC, CH LOGISTICS        PARISH OF LIVINGSTON
CORPORATION AND COMPASS
INSURANCE GROUP        STATE OF LOUISIANA

**********************************************************************

## AFFIDAVIT OF LONG-ARM SERVICE

Before me, the undersigned authority personally came and appeared, Alyssa McMorris, who after being duly sworn, did depose and state:

1.

That she is of the age of majority and is employed by counsel for the plaintiff, Saraphia T. Wilson.

2.

That in compliance with Louisiana Revised Statute, 13:3204 a certified copy of the citation and original Petition herein in the matter entitled "Saraphia T. Wilson v. Lazar Jankovic, CH Logistics Corporation and Compass Insurance Group", bearing docket number 167994, Section "D" of the 21st Judicial District Court for the Parish of Livingston, State of Louisiana, was forwarded by certified mail, return receipt number 7019 0700 000 0978 2532 to defendant, CH Logistics Corporation.  That said return receipt was signed for on September 25, 2020 (see Exhibit "A").

3.

That she knows the above fact of her own personal knowledge.

Alyssa McMorris

Witness:

Sworn to and subscribed before me this ____ day of September, 2020 at Baton Rouge, Louisiana.

Greg Murphy Bar Roll #19601
My commission expires at death

FILED
2020 OCT -5 AM 11: 23
CLERK OF COURT
PARISH OF LIVINGSTON
DEPUTY CLERK

EXHIBIT

FILED
CLERK OF COURT
PARISH OF LIVINGSTON
2020 OCT -5 AM 11: 23

DEPUTY CLERK

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SH LOGISTICS CORP
3106 W. 95 ST., ATT. 210
OAK LAWN, IL 60453

9590 9402 5271 9122 0298 10

2. Article Number (Transfer from service label)

7014 0700 0000 0776 2532

PS Form **3811**, July 2015 PSN 7530-02-000-9053       Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                              ☐ Agent
                               ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Sara Niroukh

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

USPS TRACKING #

S SUBURBAN, IL 604

5 L

9590 9402 5217 9122 0293 10

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

GMIA
1234 DEL ESTE AVE., STE. 501
DENHAM SPRINGS, LA 70726

S. WILSON-LONG.
ARM SRV.

-482899

### CITATION
### PETITON FOR DAMAGES; REQUEST

WILSON, SARAPHIA T

Vs.

JANKOVIC, LAZAR - ET AL



Case: 000000167994
Division: D
21st Judicial District Court
Parish of Livingston
State of Louisiana

*To:* COMPASS INSURANCE COMPANY THROUGH ITS REGISTERED AGENT FOR SERVICE
FOR SERVICE: LOUISIANA SECRETARY OF STATE
8585 ARCHICES AVE
BATON ROUGE LA 70809,                              *of EAST BATON ROUGE Parish*

**YOU ARE HEREBY SUMMONED** *to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, the 21st Judicial District Court in and for the Parish of Livingston, State of Louisiana, within FIFTEEN (15) days after the service hereof, under penalty of default.*

**WITNESS MY HAND AND SEAL OF OFFICE AT LIVINGSTON, LOUISIANA, ON SEPTEMBER 17, 2020.**

*Clerk of Court*
*21st Judicial District*
*Parish of Livingston*

**T. ROBINS**
*Deputy Clerk of Court*

Attorney
GREG MURPHY
5656 HILTON AVE
BATON ROUGE LA 70808

### Service Information

Received on the _____ day of _____, 20_____ and on the _____ day of

_____, 20_____ served the above named party as follows:

**Personal Service** *on the party herein named* _____

**Domiciliary Service** *on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.*

*DUE & DILIGENT UNABLE TO SERVE BECAUSE* _____

_____

Returned:
Parish of _____

Service        $_____

Mileage      $_____

Total           $_____

[ ORIGINAL ]

```
10/21/2020 WED 16:10    FAX 225 686 1867        LIV CLERK OF COURT            @001
```

```
                    *********************
                    *** FAX TX REPORT ***
                    *********************

                    TRANSMISSION OK

      JOB NO.                1524
      DESTINATION ADDRESS    3818029
      SUBADDRESS
      DESTINATION ID
      ST. TIME               10/21 16:09
      TX/RX TIME             00'39
      PGS.                   1
      RESULT                 OK
```

# Livingston Parish Clerk of Court

**JASON HARRIS**                                          P.O. Box 1150

Clerk of Court                                    Livingston, Louisiana 70754
                                                       (225) 686-2216


## CIVIL FAX FILING CONFIRMATION
### FAX #: (225) 686-1867

DATE: 10/21/20

Saraphia Wilson

VS. NO. 167994 _____ DIV. B

Lazar Jankovic

TO: Lisa White / Katherine   FAX #: 381-8029

ITEMS RECEIVED: Cover letter, Dilatory Exception, Memorandum, & Rule to Show Cause

AMOUNT DUE (Includes fax filing fee $15.00 for first page and $1.00 each add'l pg): 300.00 - Clerk

34.48 CBR - Sheriff

# Livingston Parish Clerk of Court

**JASON HARRIS**
Clerk of Court

P.O. Box 1150
Livingston, Louisiana 70754
(225) 686-2216

## CIVIL FAX FILING CONFIRMATION
## FAX #: (225) 686-1867

DATE: 10/21/20

Saraphia Wilson

VS. NO. 167994    DIV. D

Lazar Jankovc

TO: Lisa White / Katherine    FAX #: 381-8039

ITEMS RECEIVED: Cover Letter, Dilatory Exception, Memorandum, & Rule to Show Cause

AMOUNT DUE (Includes fax filing fee $15.00 for first page and $1.00 each add'l pg): 300.00 - Clerk

34.48 EBR - Sheriff

_____ - Sheriff

_____ - Secretary of State

The Clerk of Court's office has received, by facsimile transmission, documents in the above referenced case. It has been filed as of this date. In accordance with R.S. 13:850, the original and applicable fees should be forwarded to this office within seven (7) days.

In accordance with R.S. 13:850(B)(3), a transmission fee of $15.00 (R.S. 13:996.68) is included with the total fees that should be forwarded to the Clerk of Court with the original documents. The fax filing fee is necessary even if filing in forma pauperis.

NO FURTHER ACTION WILL BE TAKEN WITH THIS DOCUMENT UNTIL THE ORIGINAL AND THE NECESSARY FILING FEES ARE RECEIVED IN THIS OFFICE.

SERVICE/SUBPOENA REQUESTS WILL NOT BE ISSUED FROM FAX. ISSUANCE BY ORIGINAL REUEST ONLY!

PLEASE ATTACH THIS RECEIPT TO YOUR ORIGINAL. IF FILING IN PERSON, NOTIFY THE CLERK OF PREVIOUS FAX.

K. Mort

**DEPUTY CLERK OF COURT FOR**
**JASON HARRIS, CLERK OF COURT**

# FAX COVER SHEET

| | |
|---|---|
| TO | |
| COMPANY | |
| FAX NUMBER | 12256861867 |
| FROM | GC1 GC1 |
| DATE | 2020-10-21 15:45:49 CDT |
| RE | Fax filing request |

COVER MESSAGE

Please see attached.



BREAZEALE, SACHSE & WILSON, L.L.P.
ATTORNEYS AT LAW

Lisa White, Legal Assistant to
David R. Kelly, Cullen J. Dupuy,
and Katherine M. Cook
**BREAZEALE, SACHSE & WILSON, L.L.P.**
P.O. Box 3197
Baton Rouge, Louisiana 70821-3197
225.376.3644 *Direct*
225.387.4000 *Office*
225.381.8029 *Fax*
Lisa.White@bswllp.com
www.bswllp.com

CONFIDENTIALITY STATEMENT

This electronic message contains information from the law firm of Breazeale, Sachse & Wilson, L.L.P. and may be confidential or privileged. The information is intended for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately by telephone at (225) 387-4000.

23.00

 **BREAZEALE, SACHSE & WILSON, L.L.P.** | ATTORNEYS AT LAW

One American Place, 23rd Floor
Post Office Box 3197
Phone: 225-387-4000
Fax No.: 225-381-8029

# FACSIMILE COVER SHEET

October 21, 2020              Total Number of Pages (including cover sheet): 7

To:                    Clerk of Court

Company:               21st JDC, Parish of Livingston

Fax Number:            225-686-1867

Main Number:

From:                  Katherine M. Cook

Direct Dial Number:    225-381-3170

Attorney/Client/Matter: 748/1771/35196

If there are any questions or if you are not receiving all of these pages, please call us at 225-387-4000 extension 3644 and ask for Lisa White.

## MESSAGE

> *FAX FILING REQUEST* attached re:  Suit #167,994, Section D – *Saraphia T. Wilson v. Lazar Jankovic, et al*

### CONFIDENTIALITY NOTICE

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. You are hereby notified that any dissemination, distribution, copying, or use of or reliance upon the information contained in and transmitted with this facsimile by or to anyone other than the recipient designated above by the sender is unauthorized and strictly prohibited. If you have received this facsimile in error, please notify Breazeale, Sachse & Wilson, L.L.P. by telephone at 225-387-4000 immediately. Any facsimile erroneously transmitted to you should be immediately returned to the sender by U.S. Mail, or if authorization is granted by the sender, destroyed.

BATON ROUGE          NEW ORLEANS          COVINGTO N978433.v1

 **BREAZEALE, SACHSE & WILSON, L.L.P.** | ATTORNEYS AT LAW

KATHERINE M. COOK
*Associate*
*Katherine.Cook@bswllp.com*

DIRECT DIAL: 225-381-3170
CORPORATE PHONE: 225-387-4000
FAX: 225-612-7039
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197

www.bswllp.com

October 21, 2020

Hon. Jason B. Harris, Clerk
21st Judicial District Court
Parish of Livingston
20300 Government Boulevard
Livingston, LA 70754

*Via Fax #225/686-1867 and*
*Federal Express*

RE:    **Saraphia T. Wilson v. Lazar Jankovic, et al**
       Suit #167,994, Section "D"

Dear Clerk:

Attached for **fax filing** is a *Dilatory Exception of Vagueness* on behalf of defendant, CH Logistics Corporation. Pursuant to La. R.S. 13:850, please accept this fax transmission and file this pleading into the referenced suit record.

Please fax or email confirmation of this fax filing to my assistant, Lisa, at fax: 225-612-7039 or email: Lisa.White@bswllp.com, along with your invoice for the costs involved with this filing. Upon receipt of your confirmation/invoice, we will overnight the original document with our check for filing fees. Thank you in advance for your courtesy and cooperation in this matter.

Thank you in advance for your courtesy and cooperation in this matter.

Sincerely yours,

BREAZEALE, SACHSE & WILSON, L.L.P.

*Katherine M. Cook*

Katherine M. Cook

KMC:lmw

Enclosure

cc:    Mr. Greg Murphy, w/attachment (greg@getgordon.com)

| | |
|---|---|
| SARAPHIA T. WILSON | * DOCKET NO. 167994   SECTION "D" |
| | * |
| VERSUS | * 21ST JUDICIAL DISTRICT COURT |
| | * |
| LAZAR JANKOVIC, CH LOGISTICS | * PARISH OF LIVINGSTON |
| CORPORATION, AND COMPASS | * |
| INSURANCE GROUP | * STATE OF LOUISIANA |

## DILATORY EXCEPTION OF VAGUENESS

**NOW COMES** Defendant, CH Logistics Corporation, which files this Dilatory Exception of Vagueness pursuant to La. Code Civ. P. art. 926(A)(5). Defendant submits that the Petition for Damages filed by Plaintiff, Saraphia T. Wilson, is impermissibly vague due to the failure to include a general statement concerning the amount in controversy necessary to determine the right to a jury trial or the lack of jurisdiction of federal courts, as required by La. Code Civ. P. art. 893(A)(1). As such, Defendant requests that its Dilatory Exception of Vagueness be granted, and Plaintiff be ordered to amend her Petition to cure these deficiencies.

**WHEREFORE,** for the reasons explained more fully in the attached Memorandum in Support, Defendant, CH Logistics Corporation, respectfully requests that this Court grant its Dilatory Exception of Vagueness, and order Plaintiff to amend her Petition to include a general allegation that the claim exceeds or is less than the amount necessary to establish the right to a trial by jury and the lack of jurisdiction of federal courts.

RESPECTFULLY SUBMITTED,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029
E: douglas.williams@bswllp.com

*Katherine M. Cook*

Douglas K. Williams, La. Bar Roll No. 2187
Chris D. Billings, La. Bar Roll No. 31621
Katherine M. Cook, La. Bar Roll No. 37640
*Counsel for CH Logistics Company*

1

FILED 10/21/2020 AT 3:52 PM.

_____ DEPUTY CLERK

| SARAPHIA T. WILSON | * | DOCKET NO. 167994    SECTION "D" |
|---|---|---|
|  | * |  |
| VERSUS | * | 21ST JUDICIAL DISTRICT COURT |
|  | * |  |
| LAZAR JANKOVIC, CH LOGISTICS | * | PARISH OF LIVINGSTON |
| CORPORATION, AND COMPASS | * |  |
| INSURANCE GROUP | * | STATE OF LOUISIANA |

## MEMORANDUM IN SUPPORT OF DILATORY EXCEPTION OF VAGUENESS

MAY IT PLEASE THE COURT:

Defendant, CH Logistics Corporation, submits this Memorandum in Support of its Dilatory Exception of Vagueness.

Plaintiff, Saraphia T. Wilson, filed a Petition for Damages on September 16, 2020, concerning an automobile accident that allegedly occurred on October 8, 2019.[1] However, the Petition does not contain any reference to a general amount in controversy, specifically whether the amount in controversy is sufficient to establish the right to a jury trial or the lack of jurisdiction of federal courts.[2] As such, the Petition is insufficient as it does not meet the pleading requirements as set forth in La. Code Civ. P. art. 893. Therefore, Defendant requests that its Dilatory Exception of Vagueness be granted, and Plaintiff be ordered to amend her Petition to comply with the requirements of La. Code Civ. P. art. 893(A)(1).

## I.    PLAINTIFF'S PETITION FOR DAMAGES IS IMPERMISSIBLY VAGUE.

The purpose of the dilatory exception of vagueness is to place a defendant on notice of the nature of the facts sought to be established, thereby enabling the defendant to identify the cause of action and prevent its future re-litigation after a judgment is obtained. *Southeastern Louisiana University v. Cook*, 12-021 (La. App. 1 Cir. 9/21/12), 104 So.3d 124, 128. A petition must fairly inform the defendant of the nature of the cause of action and include sufficient particulars for the defendant to be able to prepare a defense. *Id.*; *Smart v. Gold, Weems, Bruser, Sues & Rundell*, 06-1414 (La. App. 3 Cir. 4/4/07), 955 So.2d 263, 267.

La. Code Civ. P. art. 893(A)(1) provides, in pertinent part:

A. (1) No specific monetary amount of damages shall be included in the allegations or prayer for relief of any original, amended, or incidental demand. The prayer for relief shall be for such damages as are reasonable in the premises except that if a specific amount of damages is necessary to establish the jurisdiction of the court, the right to a jury trial, the lack of jurisdiction of federal courts due to insufficiency of damages, or for other purposes, a general allegation that the claim exceeds or is less than the requisite amount is required.

---

[1] Exhibit 1, Petition for Damages.
[2] *Id.*

2

1972318.v1

(Emphasis added). This provision demonstrates that a plaintiff is required to plead a general allegation concerning whether the claim does or does not meet the amount necessary to establish the right to a trial by jury, and does or does not exceed the sum or value necessary for diversity jurisdiction. Plaintiff's Petition contains no reference to a general amount in controversy, as it merely contains an allegation and demand for damages that are "reasonable in the premises."[3] Further, Plaintiff's prayer merely states that defendants be held liable for "such damages that are reasonable on the premises, together with legal interest thereon from the date of judicial demand until paid and for all costs disbursements in bringing their (sic) cause."[4] These statements are simply insufficient to meet the pleading requirements of La. Code Civ. P. art. 893(A)(1).

Because Plaintiff has failed to include a general allegation concerning the amount in controversy in this matter, the Petition is impermissibly vague, and Defendant is unable to sufficiently prepare its defense. Specifically, Defendant is unable to determine whether it is entitled to a jury at the trial of this matter based on the $50,000.00 threshold provided in La. Code Civ. P. art. 1732(A)(1), or whether it has grounds for removal of this case to federal court based on diversity jurisdiction. As such, Defendant submits that its Dilatory Exception of Vagueness should be granted, and that Plaintiff be ordered to amend her Petition to include factual allegations that the claim does or does not meet the amount necessary to establish the right to a trial by jury, and does or does not exceed the sum or value necessary for diversity jurisdiction.

## II.    CONCLUSION

La. Code Civ. P. art. 893 requires Plaintiff to include a provision in her Petition for Damages concerning whether the amount in controversy in this case exceeds or is less than the amount required to establish the right to a trial by jury, and whether the amount in controversy exceeds the sum or value to establish diversity jurisdiction of federal courts. Because she failed to include such provision, Plaintiff's Petition is impermissibly vague, as it prevents Defendant from being able to sufficiently prepare its defense. Thus, Defendant avers that its Dilatory Exception of Vagueness should be granted, and Plaintiff ordered to amend her Petition to meet the requirements of La. Code Civ. P. art. 893(A)(1).

---

[3] Id. at ¶ 11.
[4] Id. at ¶ 12.

1972318.v1

WHEREFORE, for the reasons explained herein, Defendant, CH Logistics Corporation, respectfully requests that this Court grant its Dilatory Exception of Vagueness, and order Plaintiff to amend her Petition to include a general allegation that the claim exceeds or is less than the amount necessary to establish the right to a trial by jury and the lack of jurisdiction of federal courts.

RESPECTFULLY SUBMITTED,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029
E: douglas.williams@bswllp.com

*Katherine M. Cook*

Douglas K. Williams, La. Bar Roll No. 2187
Chris D. Billings, La. Bar Roll No. 31621
Katherine M. Cook, La. Bar Roll No. 37640
*Counsel for National Union Fire Insurance*
*Company of Pittsburgh, PA*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been sent this date via email, facsimile and/or by placing same in the U.S. Mail, postage prepaid and properly addressed, to all known counsel of record, as follows:

Greg Murphy
5656 Hilton Avenue
Baton Rouge, Louisiana 70808
F: (225) 243-4226
E: greg@getgordon.com
*Counsel for Plaintiff*

Baton Rouge, Louisiana, this 21st day of October, 2020.

*Katherine M. Cook*

Douglas K. Williams
Katherine M. Cook

4

1972318.v1

| | | |
|---|---|---|
| SARAPHIA T. WILSON | * | DOCKET NO. 167994    SECTION "D" |
| | * | |
| VERSUS | * | 21ST JUDICIAL DISTRICT COURT |
| | * | |
| LAZAR JANKOVIC, CH LOGISTICS | * | PARISH OF LIVINGSTON |
| CORPORATION, AND COMPASS | * | |
| INSURANCE GROUP | * | STATE OF LOUISIANA |

## RULE TO SHOW CAUSE

Considering the foregoing *Dilatory Exception of Vagueness*:

IT IS HEREBY ORDERED that Plaintiff, Saraphia T. Wilson, show cause on the _____

day of _____, 2020, at _____ a.m./p.m., why the Dilatory Exception of

Vagueness filed on behalf of Defendant, CH Logistics Company, should not be granted as

prayed for.

Livingston, Louisiana, this _____ day of _____, 2020.


_____
JUDGE, 21ST JUDICIAL DISTRICT COURT
PARISH OF LIVINGSTON


**PLEASE SERVE:**

Plaintiff, Saraphia T. Wilson
*through her counsel of record:*
Greg Murphy
5656 Hilton Avenue
Baton Rouge, Louisiana 70808


1972318.v1

10/21/2020 WED 15:57    FAX 225 686 1867        LIV CLERK OF COURT                      ☑001

```
                    ********************
                    *** FAX RX REPORT ***
                    ********************


                        RECEPTION OK


        JOB NO.                 5564
        DESTINATION ADDRESS     12256127039
        SUBADDRESS
        DESTINATION ID
        ST. TIME                10/21 15:52
        TX/RX TIME              04' 52
        PGS.                    9
        RESULT                  OK
```



**BREAZEALE, SACHSE & WILSON, L.L.P.** | ATTORNEYS AT LAW

KATHERINE M. COOK
*Associate*
*Katherine.Cook@bswllp.com*

DIRECT DIAL: 225-381-3170
CORPORATE PHONE: 225-387-4000
FAX: 225-612-7039
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
www.bswllp.com

October 21, 2020

Hon. Jason B. Harris, Clerk
21st Judicial District Court
Parish of Livingston
20300 Government Boulevard
Livingston, LA 70754

*Via Fax #225/686-1867 and*
*Federal Express*

RE:    Saraphia T. Wilson v. Lazar Jankovic, et al
       Suit #167,994, Section "D"

Dear Clerk:

Attached for **fax filing** is a *Dilatory Exception of Vagueness* on behalf of defendant, CH Logistics Corporation. Pursuant to La. R.S. 13:850, please accept this fax transmission and file this pleading into the referenced suit record.

Please fax or email confirmation of this fax filing to my assistant, Lisa, at fax: 225-612-7039 or email: Lisa.White@bswllp.com, along with your invoice for the costs involved with this filing. Upon receipt of your confirmation/invoice, we will overnight the original document with our check for filing fees. Thank you in advance for your courtesy and cooperation in this matter.

Thank you in advance for your courtesy and cooperation in this matter.

Sincerely yours,

**BREAZEALE, SACHSE & WILSON, L.L.P.**

*Katherine M. Cook*

Katherine M. Cook

KMC:lmw

Enclosure

cc:    Mr. Greg Murphy, w/attachment (greg@getgordon.com)

FAXED
LIVINGSTON PARISH
CLERK OF COURT
DATE 10/21/20

SARAPHIA T. WILSON * DOCKET NO. 167994    SECTION "D"

VERSUS * 21ST JUDICIAL DISTRICT COURT

LAZAR JANKOVIC, CH LOGISTICS * PARISH OF LIVINGSTON
CORPORATION, AND COMPASS *
INSURANCE GROUP * STATE OF LOUISIANA

## DILATORY EXCEPTION OF VAGUENESS

**NOW COMES** Defendant, CH Logistics Corporation, which files this Dilatory

Exception of Vagueness pursuant to La. Code Civ. P. art. 926(A)(5). Defendant submits that the

Petition for Damages filed by Plaintiff, Saraphia T. Wilson, is impermissibly vague due to the

failure to include a general statement concerning the amount in controversy necessary to

determine the right to a jury trial or the lack of jurisdiction of federal courts, as required by La.

Code Civ. P. art. 893(A)(1). As such, Defendant requests that its Dilatory Exception of

Vagueness be granted, and Plaintiff be ordered to amend her Petition to cure these deficiencies.

**WHEREFORE,** for the reasons explained more fully in the attached Memorandum in

Support, Defendant, CH Logistics Corporation, respectfully requests that this Court grant its

Dilatory Exception of Vagueness, and order Plaintiff to amend her Petition to include a general

allegation that the claim exceeds or is less than the amount necessary to establish the right to a

trial by jury and the lack of jurisdiction of federal courts.

RESPECTFULLY SUBMITTED,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029
E: douglas.williams@bswllp.com

*Katherine M. Cook*

Douglas K. Williams, La. Bar Roll No. 2187
Chris D. Billings, La. Bar Roll No. 31621
Katherine M. Cook, La. Bar Roll No. 37640
*Counsel for CH Logistics Company*

1

1972318.v1

SARAPHIA T. WILSON           *   DOCKET NO. 167994   SECTION "D"
                            *
VERSUS                      *   21ST JUDICIAL DISTRICT COURT
                            *
LAZAR JANKOVIC, CH LOGISTICS *   PARISH OF LIVINGSTON
CORPORATION, AND COMPASS     *
INSURANCE GROUP              *   STATE OF LOUISIANA

## MEMORANDUM IN SUPPORT OF DILATORY
## EXCEPTION OF VAGUENESS

**MAY IT PLEASE THE COURT:**

Defendant, CH Logistics Corporation, submits this Memorandum in Support of if Dilatory Exception of Vagueness.

Plaintiff, Saraphia T. Wilson, filed a Petition for Damages on September 16, 2020, concerning an automobile accident that allegedly occurred on October 8, 2019.[1] However, the Petition does not contain any reference to a general amount in controversy, specifically whether the amount in controversy is sufficient to establish the right to a jury trial or the lack of jurisdiction of federal courts.[2] As such, the Petition is insufficient as it does not meet the pleading requirements as set forth in La. Code Civ. P. art. 893. Therefore, Defendant requests that its Dilatory Exception of Vagueness be granted, and Plaintiff be ordered to amend her Petition to comply with the requirements of La. Code Civ. P. art. 893(A)(1).

### I.   PLAINTIFF'S PETITION FOR DAMAGES IS IMPERMISSIBLY VAGUE.

The purpose of the dilatory exception of vagueness is to place a defendant on notice of the nature of the facts sought to be established, thereby enabling the defendant to identify the cause of action and prevent its future re-litigation after a judgment is obtained. *Southeastern Louisiana University v. Cook*, 12-021 (La. App. 1 Cir. 9/21/12), 104 So.3d 124, 128. A petition must fairly inform the defendant of the nature of the cause of action and include sufficient particulars for the defendant to be able to prepare a defense. *Id.*; *Smart v. Gold, Weems, Bruser, Sues & Rundell*, 06-1414 (La. App. 3 Cir. 4/4/07), 955 So.2d 263, 267.

La. Code Civ. P. art. 893(A)(1) provides, in pertinent part:

A. (1) No specific monetary amount of damages shall be included in the allegations or prayer for relief of any original, amended, or incidental demand. The prayer for relief shall be for such damages as are reasonable in the premises except that if a specific amount of damages is necessary to establish the jurisdiction of the court, the right to a jury trial, the lack of jurisdiction of federal courts due to insufficiency of damages, or for other purposes, a general allegation that the claim exceeds or is less than the requisite amount is required.

---

[1] Exhibit 1, Petition for Damages.
[2] *Id.*

1972318.v1

(Emphasis added). This provision demonstrates that a plaintiff is required to plead a general allegation concerning whether the claim does or does not meet the amount necessary to establish the right to a trial by jury, and does or does not exceed the sum or value necessary for diversity jurisdiction. Plaintiff's Petition contains no reference to a general amount in controversy, as it merely contains an allegation and demand for damages that are "reasonable in the premises."[3] Further, Plaintiff's prayer merely states that defendants be held liable for "such damages that are reasonable on the premises, together with legal interest thereon from the date of judicial demand until paid and for all costs disbursements in bringing their (sic) cause."[4] These statements are simply insufficient to meet the pleading requirements of La. Code Civ. P. art. 893(A)(1).

Because Plaintiff has failed to include a general allegation concerning the amount in controversy in this matter, the Petition is impermissibly vague, and Defendant is unable to sufficiently prepare its defense. Specifically, Defendant is unable to determine whether it is entitled to a jury at the trial of this matter based on the $50,000.00 threshold provided in La. Code Civ. P. art. 1732(A)(1), or whether it has grounds for removal of this case to federal court based on diversity jurisdiction. As such, Defendant submits that its Dilatory Exception of Vagueness should be granted, and that Plaintiff be ordered to amend her Petition to include factual allegations that the claim does or does not meet the amount necessary to establish the right to a trial by jury, and does or does not exceed the sum or value necessary for diversity jurisdiction.

## II.  CONCLUSION

La. Code Civ. P. art. 893 requires Plaintiff to include a provision in her Petition for Damages concerning whether the amount in controversy in this case exceeds or is less than the amount required to establish the right to a trial by jury, and whether the amount in controversy exceeds the sum or value to establish diversity jurisdiction of federal courts. Because she failed to include such provision, Plaintiff's Petition is impermissibly vague, as it prevents Defendant from being able to sufficiently prepare its defense. Thus, Defendant avers that its Dilatory Exception of Vagueness should be granted, and Plaintiff ordered to amend her Petition to meet the requirements of La. Code Civ. P. art. 893(A)(1).

---

[3] *Id.* at ¶ 11.
[4] *Id.* at ¶ 12.

1972318.v1

**WHEREFORE**, for the reasons explained herein, Defendant, CH Logistics Corporation, respectfully requests that this Court grant its Dilatory Exception of Vagueness, and order Plaintiff to amend her Petition to include a general allegation that the claim exceeds or is less than the amount necessary to establish the right to a trial by jury and the lack of jurisdiction of federal courts.

RESPECTFULLY SUBMITTED,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029
E: douglas.williams@bswllp.com

*Katherine M. Cook*

Douglas K. Williams, La. Bar Roll No. 2187
Chris D. Billings, La. Bar Roll No. 31621
Katherine M. Cook, La. Bar Roll No. 37640
*Counsel for National Union Fire Insurance*
*Company of Pittsburgh, PA*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been sent this date via email, facsimile and/or by placing same in the U.S. Mail, postage prepaid and properly addressed, to all known counsel of record, as follows:

Greg Murphy
5656 Hilton Avenue
Baton Rouge, Louisiana  70808
F: (225) 243-4226
E: greg@getgordon.com
*Counsel for Plaintiff*

Baton Rouge, Louisiana, this 21st day of October, 2020.

*Katherine M. Cook*

Douglas K. Williams
Katherine M. Cook

1972318.v1

| | | |
|---|---|---|
| SARAPHIA T. WILSON | * | DOCKET NO. 167994    SECTION "D" |
| | * | |
| VERSUS | * | 21ST JUDICIAL DISTRICT COURT |
| | * | |
| LAZAR JANKOVIC, CH LOGISTICS | * | PARISH OF LIVINGSTON |
| CORPORATION, AND COMPASS | * | |
| INSURANCE GROUP | * | STATE OF LOUISIANA |

## RULE TO SHOW CAUSE

Considering the foregoing *Dilatory Exception of Vagueness*:

IT IS HEREBY ORDERED that Plaintiff, Saraphia T. Wilson, show cause on the _4th_

day of _January_, 2020, at _9:00_ (a.m./p.m., why the Dilatory Exception of

Vagueness filed on behalf of Defendant, CH Logistics Company, should not be granted as

prayed for.

Livingston, Louisiana, this _2nd_ day of _November_, 2020.

_____

JUDGE, 21ST JUDICIAL DISTRICT COURT
PARISH OF LIVINGSTON

JUDGE BRIAN K. ABELS

**PLEASE SERVE:**

Plaintiff, Saraphia T. Wilson
*through her counsel of record:*
Greg Murphy
5656 Hilton Avenue
Baton Rouge, Louisiana 70808

1972318.v1

### RULE TO SHOW CAUSE
## DILATORY EXCEPTION OF NO VAGUENESS; RULE

WILSON, SARAPHIA T

Vs.

JANKOVIC, LAZAR - ET AL



Case: 000000167994
Division: D
21ˢᵗ Judicial District Court
Parish of Livingston
State of Louisiana

*To:*PLAINTIFF, SARAPHIA T. WILSON THROUGH HE4R COUNSEL OF RECORD:
   GREG MURPHY
   5656 HILTON AVE
   BATON ROUGE LA 70808,

GREETING:

### YOU ARE HEREBY ORDERED TO SHOW CAUSE

on *January 4, 2021,* at the hour of *9:00 AM* at the Courthouse in Livingston, Louisiana, if you have or can, why:

### CERTIFIED COPY OF ORDER ATTACHED HERETO

**HEREIN FAIL NOT, UNDER PENALTY OF THE LAW.** Witness the Honorable Judges of our said Court on November 6, 2020.

T. ROBINS_____
*Deputy Clerk of Court*

Attorney
KATHERINE M. COOK
PO BOX 3197
BATON ROUGE LA 70821

#### Service Information

Received on the _____ day of _____, 20_____ and on the _____ day of

_____, 20_____ served the above named party as follows:

**Personal Service** on the party herein named _____.
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

DUE & DILIGENT UNABLE TO SERVE BECAUSE:_____

_____

Returned:
Parish of_____ this _____ day of _____, 20_____.

Service      $_____

Mileage      $_____                    By: _____
                                            *Deputy Sheriff*

Total        $_____

FOOTERAREA

## NOTICE OF RULE

WILSON, SARAPHIA T

Vs.

JANKOVIC, LAZAR - ET AL



Case: 000000167994
Division: D
21st Judicial District Court
Parish of Livingston
State of Louisiana

This is your notice that a rule for EXCEPTIONS has been set in the above captioned matter on January 4, 2021 at 9:00 AM before the Honorable BRIAN K. ABELS.

Done on November 6, 2020.

T. ROBINS

Deputy Clerk of Court

GREG MURPHY
GORDON MCKERNAN ATTORNEY AT LAW
5656 HILTON AVE.
BATON ROUGE, LA  70808

KATHERINE M COOK ATTORNEY
BREAZEALE, SACHSE & WILSON, LLP
PO BOX 3197
BATON ROUGE, LA  70821-3197



**ATTORNEYS:**
GORDON J. McKERNAN ♦ ⅄ΩeΦ Δ
CHET G. BOUDREAUX ♦ ⅄ e
RICHARD F. ZIMMERMAN, III Δ Ω z ≠
TIMOTHY J. McCRARY
J. CHANDLER LOUPE
CHRISTOPHER J. CORZO Δ z ⅄
BRAD R. MATTHEWS ● z ⅄
C. CHADWICK BOYKIN
MICHAEL J. MONTALBANO, III
CHRISTINA R. VALDES
ASHLEY M. DARVILLE
ERIK R. MILLER
ANNE MARIE MULLER-McCRARY
J. GREG MURPHY
ANNABELLE P. MANNING
DOUGLAS K. FOSTER
ARLEN R. GARFUNKEL ♦
BRENT A. ROBINSON
BRANDON S. STOCKSTILL
MISTI L. BRYANT ✛
D. BRANDT SCHMOLKE Δ ⅄ Ω
JAMIE P. CASHIO
ADELE H. NETTERVILLE
BRIAN C. COLOMB
KATHERINE E. PIZZINI
E. COURTNEY KRETZSINGER
H. DEAN LUCIUS
WILLIAM J. MITCHELL, II
MATTHEW R. REED
LATOYA N. VIRDURE
CARMEN C. LIRIANO ♦
AUB A. WARD e Δ
JEFF W. WATSON
DEVIN M. GUIDRY
JESSICA H. BROWNE
HARRY S. JOHNSON
TUCKER W. NIMS
PAUL J. TELLARICO
JEFFREY L. DEMENT
TODD W. HERNANDEZ
HOLLY J. LAMARCHE
JESSICA M. HOLMAN
BRANT C. LEGENDRE
EDWARD D. YOUNG
FAISAL A. SHUJA
CANDY F. BE
MAKIVA N. JOHNSON
JAMES W. STANDLEY, IV
CHAD S. COFFELT

Joseph "Jerry" McKernan
(1936-2012)

## **G** GORDON
### MCKERNAN INJURY ATTORNEYS

*Get Gordon! Get it Done!*

1234 Dell Este Ave., Ste. 501
Denham Springs, LA 70726
O: 225.888.8888
F: 225.926.1202

November 4, 2020

Writer's email: greg@getgordon.com

21st Judicial District Court
Livingston Parish, Clerk
P.O. Box 1150
Livingston, LA 70754

**CIVIL**

RE:    Saraphia T. Wilson v. Lazar Jankovic, et al
         Docket No. 167994; Sec. D
         21st JDC/Parish of Livingston, Louisiana

Dear Sirs:

Please find enclosed an original and one (1) copy of First Supplemtnal and emnding Petition for Damages and Motion to Dismiss Compass Insurance Company in reference to the above captioned matter. Please file same into the court record and return a stamped copy in the self-addressed envelope I have provided for you. If you have any questions, please do not hesitate to give me a call.

With kind regards, I am

Sincerely yours,

*Greg Murphy*

Greg Murphy
Gordon McKernan Injury Attorneys

JGM/ak
*Enclosures*

www.getgordon.com

OFFICES:
BATON ROUGE | GONZALES | DENHAM SPRINGS | LAFAYETTE | SHREVEPORT | LAKE CHARLES | ALEXANDRIA | HAMMOND | MONROE | ZACHARY

♦ Above Licensed in Louisiana and Texas ⅄ Above Licensed in Louisiana and Mississippi ● Above Licensed in Louisiana and Alabama
Δ Million Dollar Advocates Forum ΩMulti-Million Dollar Advocate / eSuper Lawyer® / ΦAPITLAmerica® / ΔNational Trial Lawyers – Top 100 / zNational Trial Lawyers – Top 40 Under 40

SARAPHIA T. WILSON                    SUIT NO.: 167994        SEC: D

                                      21ST JUDICIAL DISTRICT COURT
VERSUS

LAZAR JANKOVIC, CH LOGISTICS          PARISH OF LIVINGSTON
CORPORATION AND COMPASS
INSURANCE GROUP                       STATE OF LOUISIANA
***************************************************************************

FIRST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES
_____

    NOW INTO COURT, through undersigned counsel, comes plaintiff, SARAPHIA T.

WILSON, who desires to supplement and amend her original Petition for Damages as follows:

1.

    By amending the caption of the lawsuit to read as follows:

SARAPHIA T. WILSON                    SUIT NO.:              SEC:

                                      21ST JUDICIAL DISTRICT COURT
VERSUS

LAZAR JANKOVIC, CH LOGISTICS          PARISH OF LIVINGSTON
CORPORATION AND GREAT WEST
CASUALTY GROUP                        STATE OF LOUISIANA


2.

    By amending Paragraph 1 of the original Petition for Damages to read as follows:

Made Defendants herein are:

    a. **LAZAR JANKOVIC**, a resident of the full age of majority, domiciled in the State of
       Illinois, who can be served through Louisiana Long-Arm Statute at 4500 N. Winchester
       Avenue, Apartment 808, Chicago, Illinois 60640;

    b. **CH LOGITSICS CORPORATION**, and/or an affiliate thereof, who can be served
       through Louisiana Long-Arm Statute at 7100 W. 95 Street, Apartment 210, Oak Lawn,
       Illinois 60453; and,

    c. **GREAT WEST CASUALTY COMPANY**, a foreign insurance company authorized
       to do and doing business in the State of Louisiana, which may be served through its
       registered agent for service of process, Louisiana Secretary of State, 8585 Archives
       Avenue, Baton Rouge, Louisiana 70809.

2.

    By amending and supplementing Paragraph 8 to the original Petition for Damages to read

as follows:

    At all times herein, defendant, **GREAT WEST CASUALTY COMPANY**, had issued

**CH LOGITICS CORPORATION**, and there was force in effect, a policy of automobile liability

insurance covering defendant, **LAZAR JANKOVIC**, for the acts of the kind and nature herein

asserted.

3.

By amending the Prayer of the original Petition for Damages as follows:

**WHEREFORE, SARAPHIA T. WILSON,** prays that there be judgment herein and in their favor and against defendants, **LAZAR JANKOVIC, CH LOGITICS CORPORATIONAND GREAT WEST CASUALTY INSURANCE COMPANY,** *in solido,* for such damages as are reasonable in the premises, together with legal interest thereon from the date of judicial demand until paid and for all costs disbursements in bringing their cause.

Petitioners further prays for all full, further, general and equitable relief warranted in their cause herein.

Respectfully Submitted:

**GORDON MCKERNAN INJURY LAWYERS**

Greg Murphy (#19260)
5656 Hilton Avenue
Baton Rouge, Louisiana 70808
Telephone: (225) 215-6092
Fax: (225) 243-4226

**PLEASE SERVE WITH ORIGINAL PETITION and
FIRST SUPPLEMENTAL AND AMENDING PETITION**

**LAZAR JANKOVIC**
*Through Louisiana Long-Arm*
4500 N. Winchester Avenue, Apt. 808
Chicago, IL 60640

**CH LOGITICS CORPORATION**
*Through Louisiana Long-Arm*
7100 W. 95 Street, Apt. 210
Oak Lawn, IL 60453

**GREAT WEST CASUALTY COMPANY**
*Through its registered agent for service for service*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

SARAPHIA T. WILSON

VERSUS

LAZAR JANKOVIC, CH LOGISTICS
CORPORATION AND COMPASS
INSURANCE GROUP

SUIT NO.: 167994

21ST JUDICIAL DISTRICT COURT

PARISH OF LIVINGSTON

STATE OF LOUISIANA

### MOTION AND ORDER TO DISMISS

NOW INTO COURT, through undersigned counsel, come plaintiff, Saraphia T. Wilson,

and on suggesting to the Court that plaintiff wishes to dismiss their claims against defendant,

Compass Insurance Company, only, and without prejudice, with each party to bear its own cost,

and with plaintiff specifically reserving their rights to proceed against any and all other parties,

known and unknown.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's claims against

defendant, Compass Insurance Company, are hereby dismissed without prejudice, with each party

to bear its own cost.

**IT IS FURTHER OTDERED, ADJUDGED AND DECREED** that plaintiff's claims

against any and all other parties, known or unknown, are hereby reserved.

Livingston, Louisiana, this ____ day of ___November_____, 2020.

_____
M. DOUGLAS HUGHES
JUDGE, 21st Judicial District Court

JUDGE BRIAN K. ABELS

_____
J. Greg Murphy, Bar Roll #19160
Gordon McKernan Injury Attorneys
5656 Hilton Avenue
Baton Rouge, LA 70808
(225) 215-6092
Attorney for Plaintiff, Saraphia T. Wilson

*CITATION*
**FIRST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES; MOTION TO DISMISS**

*WILSON, SARAPHIA T*

*Vs.*

*JANKOVIC, LAZAR - ET AL*



*Case: 000000167994*
*Division: D*
*21ˢᵗ Judicial District Court*
*Parish of Livingston*
*State of Louisiana*

*To:* LAZAR JANKOVIC THROUGH LOUISIANA LONG-ARM
4500 N. WINCHESTER AVE, APT 808
CHICAGO IL 60640
,                    *of ----------- Parish*

**YOU ARE HEREBY SUMMONED** *to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, the 21ˢᵗ Judicial District Court in and for the Parish of Livingston, State of Louisiana, within THIRTY (30) days after the service hereof, under penalty of default.*

**WITNESS MY HAND AND SEAL OF OFFICE AT LIVINGSTON, LOUISIANA, ON NOVEMBER 18, 2020.**

*Clerk of Court*
*21ˢᵗ Judicial District*
*Parish of Livingston*

*T. ROBINS*_____
*Deputy Clerk of Court*

Attorney
GREG MURPHY
5656 HILTON AVE
BATON ROUGE LA 70808

### Service Information

Received on the _____ day of _____, 20_____ and on the _____ day of

_____, 20_____ served the above named party as follows:

**Personal Service** on the party herein named _____.
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

*DUE & DILIGENT UNABLE TO SERVE BECAUSE:*_____

_____

Returned:
Parish of _____ this _____ day of _____, 20_____.

Service       $_____

Mileage      $_____           By: _____
                                 *Deputy Sheriff*

Total         $_____

FOOTERAREA

*CITATION*

**FIRST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES; MOTION TO DISMISS**



WILSON, SARAPHIA T

Vs.

JANKOVIC, LAZAR - ET AL

Case: 000000167994
Division: D
21st Judicial District Court
Parish of Livingston
State of Louisiana

*To:* CH LOGITICS CORPORATION THROUGH LOUISIANA LONG ARM
7100 W. 95 STREET, APT 210
OAK LAWN IL 60453
,                          of ----------- Parish

*YOU ARE HEREBY SUMMONED to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, the 21st Judicial District Court in and for the Parish of Livingston, State of Louisiana, within THIRTY (30) days after the service hereof, under penalty of default.*

*WITNESS MY HAND AND SEAL OF OFFICE AT LIVINGSTON, LOUISIANA, ON NOVEMBER 18, 2020.*

Clerk of Court
21st Judicial District
Parish of Livingston

**T. ROBINS**_____
*Deputy Clerk of Court*

Attorney
GREG MURPHY
5656 HILTON AVE
BATON ROUGE LA 70808

<u>*Service Information*</u>

Received on the _____ day of _____, 20_____ and on the _____ day of _____, 20_____ served the above named party as follows:

**Personal Service** on the party herein named _____.
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

DUE & DILIGENT UNABLE TO SERVE BECAUSE:_____

_____

Returned:
Parish of _____ this _____ day of _____, 20_____.

Service        $_____

Mileage       $_____                    By: _____
                                            *Deputy Sheriff*

Total          $_____

FOOTERAREA

## CITATION
### FIRST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES; MOTION TO DISMISS

WILSON, SARAPHIA T

Vs.

JANKOVIC, LAZAR - ET AL



Case: 000000167994
Division: D
21st Judicial District Court
Parish of Livingston
State of Louisiana

To: GREAT WEST CASUALTY COMPANY THROUGH ITS REGISTERED AGENT FOR SERVICE FOR SERVICE: LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVE
BATON ROUGE LA 70809,     of EAST BATON ROUGE Parish

**YOU ARE HEREBY SUMMONED** to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, the 21st Judicial District Court in and for the Parish of Livingston, State of Louisiana, within FIFTEEN (15) days after the service hereof, under penalty of default.

**WITNESS MY HAND AND SEAL OF OFFICE AT LIVINGSTON, LOUISIANA, ON NOVEMBER 18, 2020.**

Clerk of Court
21st Judicial District
Parish of Livingston

T. ROBINS_____
Deputy Clerk of Court

Attorney
GREG MURPHY
5656 HILTON AVE
BATON ROUGE LA 70808

### Service Information

Received on the _____ day of _____, 20____ and on the _____ day of

_____, 20____ served the above named party as follows:

**Personal Service** on the party herein named _____.
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

DUE & DILIGENT UNABLE TO SERVE BECAUSE:_____

_____

Returned:
Parish of _____ this _____ day of _____, 20____.

Service      $_____

Mileage      $_____              By: _____
                                         Deputy Sheriff

Total        $_____

FOOTERAREA

*LIVINGSTON PARISH CLERK OF COURT*  **MESSAGE**  <u>Priority</u>
   *Jason B. Harris*  **REPLY**  *X_Urgent!*
   *P.O. Box 1150*     _Soon As Possible
   *LIVINGSTON, LA 70754-1150*     _No Reply Needed
   *PHONE: (225) 686-2216*

*TO: GREG MURPHY*
*GORDON MCKERNAN ATTORNEY AT LAW*
   *5656 HILTON AVE.*

   *BATON ROUGE, LA 70808*

*DATE: 11/18/2020*

*FILE NO: 000000167994*

*ATTENTION:*

*SUBJECT: WILSON, SARAPHIA T*
         *VS*
    *JANKOVIC, LAZAR - ET AL*

*MESSAGE: PLEASE MAKE CHECKS PAYABLE TO THE APPROPRIATE SHERIFF AND RETURN CHECK (S) ALONG WITH THIS MESSAGE REPLY TO THE CLERK'S OFFICE.*

*PLEASE GET THE ADDITIONAL CHECK(S) REQUIRED ON THE ABOVE ENTITLED MATTER:*

| | |
|---|---|
| _SHERIFF OF WEST BATON ROUGE PARISH | $20.00 PER FORM |
|   (Michael B. "Mike" Couvillon) | |
| X_SECRETARY OF STATE | $50.00 |
|   (Tom Schedler ) | |
| X_SHERIFF OF EAST BATON ROUGE PARISH | $39.36 |
|   (Sid J. Gautreaux, III) | |
| _SHERIFF OF JEFFERSON PARISH | $30.00 |
|   (Newell Normand ) | |
| _SHERIFF OF TANGIPAHOA  PARISH | $20.00 |
|   (DANIEL  EDWARDS) | |
| _C T CORPORATION SYSTEM-SHERIFF OF EAST | $27.92 |
|   BATON ROUGE PARISH (Sid J. Gautreaux, III) | |
| _SHERIFF OF EAST BATON ROUGE PARISH | $20.00 + MILEAGE |
|   (Sid J. Gautreaux, III) | |
| _SHERIFF OF OUACHITA  PARISH | $30.00 + MILEAGE |
|   (Jay Russell ) | |
| _SHERIFF OF TERREBONNE PARISH | $20.00 + MILEAGE |
|   (JERRY LARPENTER) | |
| _SHERIFF OF POINTE COUPEE PARISH | $20.00 + MILEAGE |
|   (Beauregard "Bud" Torres, III) | |
| _SHERIFF OF NATCHITOCHES PARISH | $20.00 + MILEAGE |
|   (VICTOR JONES) | |
| _SHERIFF OF ST MARY PARISH | $20.00 + MILEAGE |
|   (Ronny Theriot ) | |
| _SHERIFF OF BOSSIER PARISH | $20.00 + MILEAGE |
|   (Julian C. Whittington ) | |
| _SHERIFF OF ST HELENA PARISH | $20.00 + MILEAGE |
|   (NATHANIEL  WILLIAMS) | |
| _SHERIFF OF CADDO PARISH | $20.00 |
|   (Stephen W. Prator) | |
| _SHERIFF OF ACADIA PARISH | $30.00 |
|   (Wayne A. Melancon) | |
| _SHERIFF OF JEFFERSON DAVIS PARISH | $20.00 |
|   (Ivy  Woods) | |

*NOTE: THIS WILL BE THE ONLY NOTICE THAT YOU WILL RECEIVE FROM OUR OFFICE REGARDING PREPAID CHECK(S) NEEDED FOR SERVICE IN THIS MATTER.*

      *SIGNED: DEPUTY CLERK OF COURT   T. ROBINS*

*REPLY:* _____
*DATE OF REPLY:* _____  *REPLY TO:* _____

        *SIGNED:* _____

FOOTERAREA

### RULE TO SHOW CAUSE
### DILATORY EXCEPTION OF NO VAGUENESS; RULE

*WILSON, SARAPHIA T*

*Vs.*

*JANKOVIC, LAZAR - ET AL*



*Case: 000000167994*
*Division: D*
*21st Judicial District Court*
*Parish of Livingston*
*State of Louisiana*

*To:*PLAINTIFF, SARAPHIA T. WILSON THROUGH HE4R COUNSEL OF RECORD:
  GREG MURPHY
  5656 HILTON AVE
  BATON ROUGE LA 70808,

GREETING:

#### YOU ARE HEREBY ORDERED TO SHOW CAUSE

on *January 4, 2021*, at the hour of *9:00 AM* at the Courthouse in Livingston, Louisiana, if you have or can, why:

#### CERTIFIED COPY OF ORDER ATTACHED HERETO

**HEREIN FAIL NOT, UNDER PENALTY OF THE LAW.** *Witness the Honorable Judges of our said Court on November 6, 2020.*

**T. ROBINS**
*Deputy Clerk of Court*

*Attorney*
KATHERINE M. COOK
PO BOX 3197
BATON ROUGE LA 70821

#### Service Information

Received on the _19_ day of _Nov_, 20 _20_ and on the _20_ day of _Nov_, 20 _20_ served the above named party as follows:

**Personal Service** on the party herein named _Sect. Sessida_
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

DUE & DILIGENT UNABLE TO SERVE BECAUSE: _____

_____

Returned:
Parish of _EBR_ this _20_ day of _Nov_, 20 _20_.

Service   $_____
Mileage   $_____        By: _Tg Kl_ #1588
Total     $_____        *Deputy Sheriff*

[ ORIGINAL ]

RECEIVED
NOV 19 2020
E.B.R. Sheriff Office

cu copy

ATTORNEYS:
GORDON J. McKERNAN♦λΩⲾⲞΔ
CHET G. BOUDREAUX♦λe
RICHARD F. ZIMMERMAN, III λΩeΔπ
TIMOTHY J. McCRARY
J. CHANDLER LOUPE
CHRISTOPHER J. CORZOeΔπλ
BRAD R. MATTHEWS●πλ
C. CHADWICK BOYKIN
MICHAEL J. MONTALBANO, III
CHRISTINA R. VALDES
ASHLEY M. DARVILLE
ERIK R. MILLER
ANNE MARIE MULLER-McCRARY
J. GREG MURPHY
ANNABELLE P. MANNING
DOUGLAS K. FOSTER
ARLEN R. GARFUNKEL♦
BRENT A. ROBINSON
BRANDON S. STOCKSTILL
MISTI L. BRYANT✣
D. BRANDT SCHMOLKE Δ λ Ω
JAMIE P. CASHIO
ADELE H. NETTERVILLE
BRIAN C. COLOMB
KATHERINE E. PIZZINI
E. COURTNEY KRETZSINGER
H. DEAN LUCIUS
WILLIAM J. MITCHELL, II
MATTHEW R. REED
LATOYA N. VIRDURE
CARMEN C. LIRIANO♦
AUB A. WARD e Δ
JEFF W. WATSON
DEVIN M. GUIDRY
JESSICA H. BROWNE
HARRY S. JOHNSON
TUCKER W. NIMS
PAUL J. TELLARICO
JEFFREY L. DEMENT
TODD W. HERNANDEZ
HOLLY J. LAMARCHE
JESSICA M. HOLMAN
BRANT C. LEGENDRE
EDWARD D. YOUNG
FAISAL A. SHUJA
CANDY F. BE
MAKIVA N. JOHNSON
JAMES W. STANDLEY, IV
CHAD S. COFFELT

Joseph "Jerry" McKernan
(1936-2012)



**GORDON**
MCKERNAN INJURY ATTORNEYS

*Get Gordon! Get it Done!*

1234 Dell Este Ave., Ste. 501
Denham Springs, LA 70726
O: 225.888.8888
F: 225.926.1202

December 14, 2020

Writer's email: greg@getgordon.com

21st Judicial District Court
Livingston Parish, Clerk
P.O. Box 1150
Livingston, LA 70754

RE:   Saraphia T. Wilson v. Lazar Jankovic, et al
       Docket no. 167994; Sec. D
       21st JDC/Parish of Livingston, Louisiana

Dear Sirs:

Please find enclosed an original and one (1) copy of Affidavit of Long-Arm Service on CH Logistics Corporation in reference to the above captioned matter. Please file same into the court record and return a stamped copy in the self-addressed envelope I have provided for you. If you have any questions, please do not hesitate to give me a call.

With kind regards, I am

Sincerely yours,

*Greg Murphy*

Greg Murphy
Gordon McKernan Injury Attorneys

JGM/ak
*Enclosures*

www.getgordon.com

OFFICES:
BATON ROUGE | GONZALES | DENHAM SPRINGS | LAFAYETTE | SHREVEPORT | LAKE CHARLES | ALEXANDRIA | HAMMOND | MONROE | ZACHARY

♦Above Licensed in Louisiana and Texas  ✣Above Licensed in Louisiana and Mississippi  ●Above Licensed in Louisiana and Alabama
λMillion Dollar Advocates Forum / ΩMulti-Million Dollar Advocate / eSuper Lawyer® / ΦAPITLAmerica® / ⱭNational Trial Lawyers – Top 100 / πNational Trial Lawyers – Top 40 Under 40

SARAPHIA T. WILSON

VERSUS

LAZAR JANKOVIC, CH LOGISTICS
CORPORATION AND COMPASS
INSURANCE GROUP

SUIT NO.: 167994       SEC: D

21ST JUDICIAL DISTRICT COURT

PARISH OF LIVINGSTON

STATE OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT OF LONG-ARM SERVICE

Before me, the undersigned authority personally came and appeared, Alyssa McMorris, who

after being duly sworn, did depose and state:

1.

That she is of the age of majority and is employed by counsel for the plaintiff, Saraphia T.

Wilson.

2.

That in compliance with Louisiana Revised Statute, 13:3204 a certified copy of the citation and

First Supplemental and Amending Petition herein in the matter entitled "Saraphia T. Wilson v. Lazar

Jankovic, CH Logistics Corporation and Compass Insurance Group", bearing docket number 167994,

Section "D" of the 21st Judicial District Court for the Parish of Livingston, State of Louisiana, was

forwarded by certified mail, return receipt number 7019 0700 000 0978 2617 to defendant, CH

Logistics Corporation.  That said return receipt was signed for on November 30, 2020 (see Exhibit

"A").

3.

That she knows the above fact of her own personal knowledge.

_Alyssa McMorris_
Alyssa McMorris

Witness:

Sworn to and subscribed before me this 14TH day of December, 2020 at Baton Rouge,

Louisiana.

_Greg Murphy_
Greg Murphy Bar Roll #19607
My commission expires at death.

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CH LOGISTICS CORP.
7100 W. 95TH ST., APT. 210
OAK LAWN, IL 60453

9590 9402 5217 9122 0294 02

2. Article Number (Transfer from service label)

7019 0700 0000 0778 2617

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

FILED
CLERK OF COURT
PARISH OF LIVINGSTON

2020 DEC 17 PM 2: 50

_____
DEPUTY CLERK


EXHIBIT



USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9570 9402 5217 9122 0294 02

United States
Postal Service

* Sender: Please print your name, address, and ZIP+4® in this box®

GMIA
1234 DEL ESTE AVE., STE 501
DENHAM SPRINGS, LA 70724

S. WILSON · 1ST
SUPP & AMEND
PPD

SARAPHIA T. WILSON

SUIT NO.: 167994    SEC: D

21ST JUDICIAL DISTRICT COURT

VERSUS

LAZAR JANKOVIC, CH LOGISTICS
CORPORATION AND GREAT WEST
CASUALTY COMPANY

PARISH OF LIVINGSTON

STATE OF LOUISIANA

*******************************************************************

## MOTION AND ORDER FOR LEAVE OF COURT TO FILE SECOND SUPPLEMENTAL AND AMENDING PETITION

NOW INTO COURT, through undersigned counsel, comes plaintiff, **SARAPHIA T. WILSON,** who respectfully moves for leave of Court to file the Second Supplemental and Amending Petition in the above captioned matter.

The filing of this Second Supplemental and Amended Petition for Damages will not delay or disrupt current scheduling order in place.

Respectfully Submitted,

**GORDON McKERNAN INJURY ATTORNEYS**

Greg Murphy (#19260)
5656 Hilton Avenue
Baton Rouge, Louisiana 70808
Telephone: (225) 215-6092
Facsimile: (225) 243-4226

FILED
CLERK OF COURT
PARISH OF LIVINGSTON
2020 DEC 18 PM 1:23

DEPUTY CLERK

SARAPHIA T. WILSON

VERSUS

LAZAR JANKOVIC, CH LOGISTICS
CORPORATION AND GREAT WEST
CASUALTY COMPANY

SUIT NO.: 167994          SEC: D

21ST JUDICIAL DISTRICT COURT

PARISH OF LIVINGSTON

STATE OF LOUISIANA

*******************************************************************************

## ORDER

CONSIDERING the foregoing motion;

IT IS ORDERED that the Second Supplemental and Amending Petition be filed as prayed

for and according to law.

Livingston, Louisiana, this 30th day of December, 2020.

SCANNED

_____
HON. JUDGE BRIAN ABELS

FILED
CLERK OF COURT
PARISH OF LIVINGSTON
2020 DEC 18  PM 1: 32
DEPUTY CLERK

SARAPHIA T. WILSON                          SUIT NO.: 167994        SEC: D

                                            21ST JUDICIAL DISTRICT COURT
VERSUS

LAZAR JANKOVIC, CH LOGISTICS               PARISH OF LIVINGSTON
CORPORATION AND GREAT WEST
CASUALTY COMPANY                           STATE OF LOUISIANA
*****************************************************************************
       SECOND SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES

        NOW INTO COURT, through undersigned counsel, comes plaintiff, SARAPHIA T.

WILSON, who desires to supplement and amend her original Petition for Damages as follows:

                                           1.

        By adding Paragraph 10 to the original Petition for Damages to read as follows:

        Pursuant to the provisions of the Louisiana Code of Civil Procedure, Article 893(A)(1),

SARAPHIA T. WILSON'S damages exceed the jurisdictional amount for a jury trial and her

damages also meet the jurisdictional amount for Federal Court.

                              Respectfully Submitted:

                              GORDON MCKERNAN INJURY LAWYERS

                              Greg Murphy (#19260)
                              5656 Hilton Avenue
                              Baton Rouge, Louisiana 70808
                              Telephone: (225) 215-6092
                              Fax: (225) 243-4226

PLEASE SERVE WITH ORIGINAL PETITION, FIRST SUPPLEMENTAL AND
AMENDING PETITION and SECOND SUPPLEMENTAL AND AMENDING PETITION

LAZAR JANKOVIC
*Through Louisiana Secretary of State*
*In accordance with La. R. S. 13:3474*
8585 Archives Avenue
Baton Rouge, LA 70809

CH LOGITICS CORPORATION
*Through their attorney of record,*
Katherine Cook
One American Place, 23rd Floor
Baton Rouge, LA 70821

GREAT WEST CASUALTY COMPANY
*Through its registered agent for service,*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809



*CITATION*
**FIRST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES; MOTION TO DISMISS**

*WILSON, SARAPHIA T*

*Vs.*

*JANKOVIC, LAZAR - ET AL*



Case: 000000167994
Division: D
*21st Judicial District Court*
*Parish of Livingston*
*State of Louisiana*

To: GREAT WEST CASUALTY COMPANY THROUGH ITS REGISTERED AGENT FOR
SERVICE FOR SERVICE: LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVE
BATON ROUGE LA 70809,        *of EAST BATON ROUGE Parish*

**YOU ARE HEREBY SUMMONED** *to comply with the demand contained in the petition of which a*

*true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by*

*filing a pleading or otherwise, the 21st Judicial District Court in and for the Parish of Livingston, State of*

*Louisiana, within FIFTEEN (15) days after the service hereof, under penalty of default.*

**WITNESS MY HAND AND SEAL OF OFFICE AT LIVINGSTON, LOUISIANA, ON NOVEMBER**
*18, 2020.*

*Clerk of Court*
*21st Judicial District*
*Parish of Livingston*

**T. ROBINS**
*Deputy Clerk of Court*

*Attorney*
GREG MURPHY
5656 HILTON AVE
BATON ROUGE LA 70808

<u>*Service Information*</u>

*Received on the _____ day of _____, 20_____ and on the _____ day of*

*_____, 20_____ served the above named party as follows:*

**Personal Service** *on the party herein named _____.*
**Domiciliary Service** *on the party herein named by leaving the same at his/her domicile in the parish in the*
*hands of _____, a person apparently over the age of seventeen*
*years, living and residing in said domicile and whose name and other facts connected with this service, I*
*learned by interrogating the said person, said party herein being absent from his/her residence at the time of*
*said service.*

*DUE & DILIGENT UNABLE TO SERVE BECAUSE: _____*

*Service on the named party through the*
*Office of the Secretary of State on*

*Returned:*
*Parish of _____ by tendering a copy of this document _____ this _____ day of _____, 20_____.*

*Service    $ DY* KATHY DARDEN
            DY L. KLING 0566 _____ To: *Deputy Sheriff*
*Mileage   $ ____* Deputy Sheriff, Parish of East Baton Rouge, LA.    **RECEIVED**

*Total      $ _____*                                               DEC 15 2020

[ ORIGINAL ]                                           E.B.R. SHERIFF'S OFFICE

DEC 16 2020

*CITATION*

**MOTION AND ORDER FOR LEAVE OF COURT TO FILE SECOND SUPPLEMENTAL AND AMENDING PETITION/ORDER/SECOND SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES/FIRST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES/PETITION FOR DAMAGES/REQUEST FOR WRITTEN NOTICE**

*WILSON, SARAPHIA T*

*Vs.*

*JANKOVIC, LAZAR - ET AL*



*Case: 000000167994*
*Division: D*
*21ˢᵗ Judicial District Court*
*Parish of Livingston*
*State of Louisiana*

*To:* LAZAR JANKOVIC
THROUGH LOUISIANA SECRETARY OF STATE IN ACCORDANCE WITH LA. R.S. 13:3474
8585 ARCHIVES AVENUE
BATON ROUGE, LA 70809     *of EAST BATON ROUGE Parish*

*YOU ARE HEREBY SUMMONED to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, the 21ˢᵗ Judicial District Court in and for the Parish of Livingston, State of Louisiana, within FIFTEEN (15) days after the service hereof, under penalty of default.*

*WITNESS MY HAND AND SEAL OF OFFICE AT LIVINGSTON, LOUISIANA, ON JANUARY 5, 2021.*

*Clerk of Court*
*21ˢᵗ Judicial District*
*Parish of Livingston*

*R. SULLIVAN*
*Deputy Clerk of Court*

*Attorney*
GREG MURPHY
5656 HILTON AVENUE
BATON ROUGE, LOUISIANA 70808

---

### *Service Information*

*Received on the _____ day of _____, 20_____ and on the _____ day of*

*_____, 20_____ served the above named party as follows:*

**Personal Service** *on the party herein named _____.*
**Domiciliary Service** *on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.*

*DUE & DILIGENT UNABLE TO SERVE BECAUSE: _____*

*_____*

*Returned:*
*Parish of _____ this _____ day of _____, 20_____.*

| | | |
|---|---|---|
| *Service* | $ _____ | |
| *Mileage* | $ _____ | *By: _____* |
| | | *Deputy Sheriff* |
| *Total* | $ _____ | |

FOOTERAREA

## CITATION

**MOTION AND ORDER FOR LEAVE OF COURT TO FILE SECOND SUPPLEMENTAL AND AMENDING PETITION/ORDER/SECOND SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES/FIRST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES/PETITION FOR DAMAGES/REQUEST FOR WRITTEN NOTICE**

*WILSON, SARAPHIA T*

*Vs.*

*JANKOVIC, LAZAR - ET AL*



*Case: 000000167994*
*Division: D*
*21ˢᵗ Judicial District Court*
*Parish of Livingston*
*State of Louisiana*

*To:* CH LOGISTICS CORPORATION
THROUGH THEIR ATTORNEY OF RECORD,
KATHERINE COOK
ONE AMERICAN PLACE, 23ᴿᴰ FLOOR
BATON ROUGE, LA 70821    *of EAST BATON ROUGE Parish*

**YOU ARE HEREBY SUMMONED** *to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, the 21ˢᵗ Judicial District Court in and for the Parish of Livingston, State of Louisiana, within FIFTEEN (15) days after the service hereof, under penalty of default.*

**WITNESS MY HAND AND SEAL OF OFFICE AT LIVINGSTON, LOUISIANA, ON JANUARY 5, 2021.**

Clerk of Court
21ˢᵗ Judicial District
Parish of Livingston

R. SULLIVAN _____
*Deputy Clerk of Court*

*Attorney*
GREG MURPHY
5656 HILTON AVENUE
BATON ROUGE, LOUISIANA   70808

### Service Information

Received on the _____ day of _____, 20_____ and on the _____ day of _____, 20_____ served the above named party as follows:

**Personal Service** on the party herein named _____.
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

DUE & DILIGENT UNABLE TO SERVE BECAUSE: _____

_____

Returned:
Parish of _____ this _____ day of _____, 20_____.

Service       $_____

Mileage      $_____                    By: _____
                                            *Deputy Sheriff*

Total         $_____

FOOTERAREA

### CITATION

**MOTION AND ORDER FOR LEAVE OF COURT TO FILE SECOND SUPPLEMENTAL AND AMENDING PETITION/ORDER/SECOND SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES/FIRST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES/PETITION FOR DAMAGES/REQUEST FOR WRITTEN NOTICE**

WILSON, SARAPHIA T

Vs.

JANKOVIC, LAZAR - ET AL



Case: *000000167994*
Division: *D*
*21st Judicial District Court*
*Parish of Livingston*
*State of Louisiana*

To: GREAT WEST CASUALTY COMPANY
THROUGH ITS REGISTERED AGENT FOR SERVICE
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE, LA 70809          *of EAST BATON ROUGE Parish*

**YOU ARE HEREBY SUMMONED** *to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, the 21st Judicial District Court in and for the Parish of Livingston, State of Louisiana, within FIFTEEN (15) days after the service hereof, under penalty of default.*

**WITNESS MY HAND AND SEAL OF OFFICE AT LIVINGSTON, LOUISIANA, ON JANUARY 5, 2021.**

Clerk of Court
*21st Judicial District*
*Parish of Livingston*

**R. SULLIVAN**_____
<span style="font-size:small">**Deputy Clerk of Court**</span>

Attorney
GREG MURPHY
5656 HILTON AVENUE
BATON ROUGE, LOUISIANA   70808

### *Service Information*

Received on the _____ day of _____, 20_____ and on the _____ day of _____, 20_____ served the above named party as follows:

**Personal Service** *on the party herein named* _____.
**Domiciliary Service** *on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.*

DUE & DILIGENT UNABLE TO SERVE BECAUSE: _____

_____

Returned:
Parish of _____ this _____ day of _____, 20_____.

Service      $_____

Mileage     $_____          By: _____
                                        *Deputy Sheriff*

Total        $_____

FOOTERAREA