# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SARAPHIA T. WILSON** | * | **CIVIL DOCKET NO: 3:21-CV-00039** |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE: SHELLY D. DICK** |
| **LAZAR JANKOVIC, CH LOGISTICS** | * | |
| **CORPORATION, AND COMPASS** | * | |
| **INSURANCE GROUP** | | **MAG. JUDGE: SCOTT D. JOHNSON** |

## ORDER

Considering the foregoing Motion:

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's claims in this matter

be, and are hereby, dismissed with prejudice, with each party to bear its own costs.

Baton Rouge, Louisiana this __27th__ day of __October__, 2021.


_____
Judge Shelly D. Dick/Judge Scott D. Johnson
United States District Court Middle District of LA

Jury

2160738.v1